OFFICE OF DISCIPLINARY COUNSEL *v.* COCHRANE.

[Cite as *Disciplinary Counsel v. Cochrane* (1994), 71 Ohio St.3d 97.]

(No. 94–1763—Submitted October 24, 1994—Decided December 7, 1994.)

*Geoffrey Stern*, Disciplinary Counsel, and *Harald F. Craig III*, Assistant Disciplinary Counsel, for relator.

*Per Curiam.* Respondent has failed to show cause why he should not receive discipline comparable to that imposed by the Supreme Court of Nevada. Accordingly, we hereby publicly reprimand respondent. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.